Fill in this information to identify the case:

Debtor name: **Peak Serum, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| American Express<br>P.O Box 650448<br>Dallas, TX 75265 | | Business Loan | | | | $71,231.93 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265 | | | | | | $27,744.22 |
| American Express<br>P.O Box 981534<br>El Paso, TX 79998 | | | | | | $21,101.21 |
| Atlas Biologicals<br>2649 E. Mulberry Street<br>Unit A-3<br>Fort Collins, CO 80524 | | judgment | | | | $2,049,000.00 |
| Biowest LLC<br>422 NW Buisness Park Lane<br>Riverside, MO 64150 | | | | | | $216,872.00 |
| Chase Cardmember Services<br>PO Box 6294<br>Carol Stream, IL 60197 | | | | | | $53,850.45 |
| Corning Incorporated<br>1242 Commerce Ave<br>Woodland, CA 95776 | | | | | | $145,000.00 |
| First National Bank of Omaha<br>205 W. Oak Street<br>Fort Collins, CO 80521 | | Inventory accounts receibables | | $248,000.00 | $0.00 | $248,000.00 |

Debtor **Peak Serum, Inc.**     Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jim and Susan Kutrubes** **5838 Northern Lights** **Fort Collins, CO 80528** | | | | | | $700,270.88 |
| **Old Town Media** **PO Box 187** **Fort Collins, CO 80522** | | | | | | $9,770.23 |
| **SW Safety Solutions Inc.** **33278 Central Avenue #102** **Union City, CA 94587** | | | | | | $21,104.75 |
| **Wick & Trautwein, LLC** **323 South College Avenue** **Suite 3** **Fort Collins, CO 80522** | | | | | | $16,699.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2