**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO**
Minutes of Electronically Recorded Proceeding
Held Tuesday, May 26, 2020, before Honorable Joseph G. Rosania, Jr.

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. |
| **Peak Serum, Inc.** | ) | 19-19802 JGR |
| **Thomas Kutrubes** | ) | |
| | ) | Chapter 11 |
| Debtor(s). | ) | |
| EIN: : **47-2816472** | ) | |
| SSN/ITIN: **5948** | ) | |

☒ **Appearances:**

| | |
|---|---|
| Debtor(s): Peak Serum, Inc. and Thomas Kutrubes | Counsel: Aaron Garber – by phone |
| Creditor: Atlas Biologicals, Inc. | Counsel: David Miller – by phone |
| Creditor: First National Bank of Omaha | Counsel: Michael Payne – by phone |
| Creditor: Biowest, LLC | Counsel: Andrew Reid – by phone |

**Proceedings:** Expedited telephonic hearing regarding Debtors' Motion to Continue Stipulated Cash Collateral Agreement with First National Bank of Omaha filed April 29, 2020 (Docket #164), and Atlas Biologicals, Inc.'s Objection thereto filed May 13, 2020 (Docket #176).

☒ Entry of appearances and statements/arguments made
☒ Evidentiary[1]
☐ Witnesses sworn, as noted below, or ☐ see attached list
☐ Exhibits entered, as noted below, or ☐ see attached list
☒ Mr. Thomas Kutrubes was present by phone.

**Orders:**

☐ Oral findings and conclusions made of record
☒ This matter is CONTINUED to **Wednesday, May 27, 2020, at 11:00 a.m.**, in **Courtroom B**, U.S. Custom House, 721 19th Street, Denver, CO 80202.

FOR THE COURT:
Kenneth S. Gardner, Clerk

/s/ C. Manyak
By: C. Manyak, Law Clerk

---

[1] Evidentiary for statistical reporting purposes