**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-19802-JGR |
| PEAK SERUM, INC. ) | |
| EIN: 47-2816472 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

**APPLICATION FOR ORDER APPROVING UNITED STATES**
**TRUSTEE'S APPOINTMENT OF CHAPTER 11 TRUSTEE**

    The United States Trustee (the "Applicant") hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1 for an Order Approving Appointment of Chapter 11 Trustee, and in support thereof, states as follows:

    1.    By Order entered December 8, 2020, the Court ordered the UST to appoint an individual to serve as a chapter 11 trustee in the above-captioned case.

    2.    The Applicant appointed Jay Roderick as Chapter 11 Trustee in the above captioned case on December 11, 2020.

    3.    Counsel for the Applicant contacted the principal parties in interest involved in this case and consulted with the following parties in interest regarding the appointment of a chapter 11 trustee:

    a.    Aaron Garber, counsel for the Debtor

    b.    Matthew Faga, Peter Murphy and Kimberly Martinez, counsel for Carla Kutrubes

    c.    David Miller, counsel for Atlas Biologicals

    d.    Barry Meister, counsel for Fidelis FCU

    e.    Kevin Neiman, counsel for Peter and Susan Kutrubes

    f.    Michael Payne, counsel for First National Bank of Omaha

    g.    Andrew Reid and Sharon Martinez, counsel for Biowest, LLC

4. To the best of the Applicant's knowledge, Mr. Roderick's connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Verified Statement filed in support of this Application.

WHEREFORE, Applicant requests that the Court enter an Order Approving Appointment of Jay Roderick as Chapter 11 Trustee in the above-captioned case.

Dated: December 11, 2020.   Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/Alison E. Goldenberg
By: Alison E. Goldenberg, #37138
Trial Attorney for the U.S. Trustee
Byron G. Rogers Federal Building
1961 Stout St., Suite 12-200
Denver, Colorado 80294-1961
(303) 312-7238 telephone
(303) 312-7259 facsimile
Alison.Goldenberg@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 11, 2020, I served by prepaid first class mail, a copy a copy of the **APPLICATION FOR ORDER APPROVING UNITED STATES TRUSTEE'S APPOINTMENT OF CHAPTER 11 TRUSTEE** on the following:

### VIA ECF

Aaron A Garber on behalf of Debtor   Peak Serum, Inc.
agarber@wgwc-law.com,  ngarber@wgwc-law.com;8931566420@filings.docketbird.com

Aaron A Garber on behalf of Debtor Thomas  Kutrubes agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com

Alison  Goldenberg on behalf of U.S. Trustee   US Trustee
Alison.Goldenberg@usdoj.gov,  janice.hensen@usdoj.gov

Kimberly L. Martinez on behalf of Creditor Carla  Kutrubes kmartinez@markuswilliams.com, sschaefer@markuswilliams.com;janderson@markuswilliams.com;docket@markuswilliams.com

Barry  Meinster on behalf of Creditor   Fidelis FCU
bmeinster@meinster.com

David M. Miller on behalf of Creditor   Atlas Biologicals, Inc.
dmiller@spencerfane.com,  nschacht@spencerfane.com

Peter Q Murphy on behalf of Creditor Carla  Kutrubes pmurphy@markuswilliams.com, docket@markuswilliams.com;syoung@markuswilliams.com

Kevin S. Neiman on behalf of Creditor   James Peter Kutrubes and Susan Elaine Kutrubes Trust
kevin@ksnpc.com

Kevin S. Neiman on behalf of Interested Party James  Kutrubes kevin@ksnpc.com

Kevin S. Neiman on behalf of Interested Party Susan  Kutrubes kevin@ksnpc.com

Michael C. Payne on behalf of Creditor   First National Bank Of Omaha
mpayne@cp2law.com,  jpepper@cp2law.com,hnash@cp2law.com

Andrew B. Reid on behalf of Interested Party   Biowest, LLC
andrew@reid.law

3

**VIA MAIL**

Peak Serum, Inc.
6598 Buttercup Dr. Unit 3
Wellington, CO 80549

Thomas Kutrubes
3602 Voyager Lane
Fort Collins, CO 80528

Mark D. Dennis
SL Biggs, a Division of SingerLewak, LLP
2000 S. Colorado Boulevard
Tower II
Suite 200
Denver, CO 80222

Ted W. Snailum Jr.
TWS Financial Inc.
7345 South Pierce Street
Suite 205
Littleton, CO 80128

Kevin W Ward
Wick & Trautwein, LLC
323 South College Avenue
No. 3
Fort Collins, CO 80524

Jay Roderick
767 Moose Creek Way
Galt, CA  95632

/s/Janice Hensen
Office of the United States Trustee