# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-19802-JGR |
| PEAK SERUM, INC. ) | |
| EIN: 47-2816472 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

The Court having considered the Application of the United States Trustee for entry of an Order approving appointment of Jay Roderick as Chapter 11 Trustee in the above-captioned case, it is hereby

ORDERED that the appointment is approved.

Dated: _____                    BY THE COURT:

                                          _____
                                          Joseph G. Rosania, Jr.
                                          United States Bankruptcy Court