# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 19-19802 JGR |
| | ) | |
| PEAK SERUM, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

___

## JOINT APPLICATION TO EMPLOY SENDER & SMILEY, LLC AND COHEN & COHEN, P.C. AS ATTORNEYS FOR THE TRUSTEE
___

Jay Roderick, Chapter 11 trustee ("Trustee") of the Peak Serum, Inc. bankruptcy estate (the "Estate"), hereby seeks authorization from this Court to employ the law firms of Sender & Smiley, LLC ("S&S") and Cohen & Cohen, P.C. ("C&C") as counsel for the Trustee pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014, and L.B.R. 2014-1, and states as follows:

1. A voluntary bankruptcy proceeding was commenced by Peak Serum,Inc. ("Debtor') on November 13, 2019. ECF No. 1. Thereafter, the Trustee was appointed as the Chapter 11 trustee for the Debtor's Estate on December 14, 2020. ECF No. 315.

2. The Trustee desires to hire the law firms of S&S and C&C to handle general representation of the Trustee and litigation matters arising in this case.

3. The firms of S&S and C&C are available to provide the necessary services. John C. Smiley, of S&S, shall be the lead attorney for the Trustee in this case. In order to provide an efficient and cost-effective representation of the Trustee Katharine Sender, of C&C, shall provide services that can be accomplished at a lower billing rate. Mr. Sender, of S&S, and Mr. Cohen, of C&C, are not expected to have regular involvement in the case, however, they will be available as needed.

4. The professionals' hourly rates for the services referenced above are as follows:

| | |
|---|---|
| John C. Smiley | $550 per hour |
| Harvey Sender | $550 per hour |
| Robertson B. Cohen | $400 per hour |
| Katharine S. Sender | $295 per hour |
| Paralegals | $115 per hour |

All compensation to the professionals shall be subject to approval by the Court after additional motion and notice.

5. 11 U.S.C. § 327(a) provides for the employment of one or more attorneys or law firms that do not hold or represent an interest adverse to the bankruptcy estate who are disinterested persons, to represent or assist the Trustee in carrying out his duties.

6. Employment of S&S and C&C, including, inter alia, John C. Smiley and Katharine Sender, is necessary and beneficial to the Estate and its creditors for the purpose of representing the Trustee in general and litigation matters arising in this case. John C. Smiley and Katharine Sender are experienced in cases of this type, which will minimize the impact on the Estate.

7. To the best of S&S and C&C's knowledge, it and its employees have no connection or conflict of interest between S&S, C&C, and the bankruptcy estate, the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee's office, or any person employed in the office of the United States Trustee, except John C. Smiley, Harvey Sender, and Robertson Cohen serve as a Chapter 7 panel trustees for the Office of the United States Trustee in other matters. *See* attached Affidavits of John C. Smiley and Katharine S. Sender.

8. S&S and C&C are disinterested persons qualified to be employed under § 327(a) and F.R.B.P. 2014(a). *See* attached affidavits of Katharine S. Sender and John C. Smiley.

9. The Trustee asserts that appointment of S&S and C&C and approval of this application under 11 U.S.C. § 327(a) is in the best interests of the estate.

10. S&S and C&C request their employment be approved effective as of the date of this Application, the date they first provided services to the Trustee in connection with this case.

WHEREFORE, the Trustee requests that Sender & Smiley, LLC and Cohen & Cohen, P.C. be appointed to act as counsel for the Trustee effective as of the date of this Application, and for such other and further relief as to this Court may seem just and proper.

Dated this 17th day of December, 2020

**SENDER & SMILEY, LLC**

By: /s/ *John C. Smiley*
600 17th Street, Suite 2800 South
Denver, CO 80202
Telephone: (303) 454-0540
Fax: (303) 568-0102
E-mail: jsmiley@sendersmiley.com


**COHEN & COHEN, P.C.**

*/s/Katharine S. Sender*
Katharine S. Sender, 47925
Cohen & Cohen P.C.
1720 S Bellaire St, Suite 205
Denver, CO  80222
Phone: (303) 933-4529
Email: ksender@cohenlawyers.com

*Proposed counsel for Chapter 11 trustee*

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 17, 2020, I served by prepaid first class mail a copy of the **JOINT APPLICATION TO EMPLOY SENDER & SMILEY, LLC AND COHEN & COHEN, P.C. AS ATTORNEYS FOR THE TRUSTEE** and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. at the following addresses:

| | |
|---|---|
| US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St., Ste. 12-200<br>Denver, CO 80294-6004 | Alison Goldenberg<br>Byron G. Rogers Federal Building<br>1961 Stout St., Ste. 12-200<br>Denver, CO 80294 |
| Peak Serum, Inc.<br>6598 Buttercup Dr., Unit 3<br>Wellington, CO 80549 | Aaron A Garber<br>2580 West Main Street, Suite 200<br>Littleton, CO 80120 |
| Thomas Kutrubes<br>3602 Voyager Lane<br>Fort Collins, CO 80528 | Trustee<br>Jay Roderick<br>767 Moose Creek Way<br>Galt, CA 95632<br>404-576-9897 |

*/s/ Camille Buckley*
Camille Buckley, Paralegal