## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

August 29, 2023

| In re: | Bankruptcy Case No. **19-19802-JGR** |
|---|---|
| **PEAK SERUM, INC.,** | Chapter 11 |
| Debtor. | |

### JUDGMENT

This matter came before the Court on August 29, 2023, regarding the adequacy of the Chapter 11 Trustee's Disclosure Statement (Doc. 509) to Accompany the Plan of Liquidation for Peak Serum, Inc., dated July 28, 2023. The Court, after considering arguments and statements of counsel, finds that cause exists for the conversion of the case under 11 U.S.C. § 1112(b)(1) as the Chapter 11 Trustee is not in any position to move forward with a confirmable plan. Accordingly,

IT IS ORDERED AND ADJUDGED that the within Chapter 11 case is hereby CONVERTED to Chapter 7.

FOR THE COURT:

Kenneth S. Gardner, Clerk

By: _____
S. Nicholls,
Deputy Clerk

APPROVED AND ACCEPTED:

By: _____
Joseph G. Rosania, Jr.,
U.S. Bankruptcy Judge