IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PEAK SERUM, INC. | ) | Case No. 19-19802-JGR |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

## CHAPTER 7 TRUSTEE'S LIMITED OBJECTION TO CHAPTER 11 FINAL REPORT AND MOTION FOR FINAL DECREE

Simon E. Rodriguez, the Chapter 7 trustee herein (the "Trustee"), by his attorneys Sherman & Howard L.L.C., for his limited objection to Chapter 11 Final Report and Motion for Final Decree ("Chapter 11 Final Report") (Docket No. 669), states as follows:

1. By order entered on August 29, 2023, the Court converted this case from a chapter 11 case to a chapter 7 case and directed the Chapter 11 Trustee to, among other things, file a final report and account. (Docket No. 532.)

2. On December 22, 2023, the Chapter 11 Trustee filed a document captioned *Chapter 11 Final Report and Motion for Final Decree (Chapter 11 Business Debtor)*. (Docket No. 669.)

3. A final decree is not appropriate in this case at this time because the estate has not been fully administered as the case was converted to a case under chapter 7.

4. The Trustee objects to the entry of a final decree in this case at this time because the estate has not been fully-administered.

5. The Trustee sent an email to counsel for the Chapter 11 Trustee requesting that he file a statement that the Chapter 11 Trustee is not seeking a final decree. As of the filing of this Limited Objection, no response has been received.

WHEREFORE, the Chapter 7 Trustee requests that the Court not enter a final decree at this time and grant such additional relief to the Chapter 7 Trustee as is appropriate.

58087003.1

Dated January 5, 2024.

        Respectfully submitted,

        SHERMAN & HOWARD L.L.C.

        /s/ Peter A. Cal
        Peter A. Cal, Esq., #27779
        675 Fifteenth Street, Suite 2300
        Denver, Colorado  80202
        Phone:  303 297-2900
        Fax:  303 298-0940
        E-Mail:    petercal@shermanhoward.com

        Attorneys for Simon E. Rodriguez, as the Chapter 7 Trustee

## CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of January, 2024, I electronically filed the foregoing **CHAPTER 7 TRUSTEE'S LIMITED OBJECTION TO CHAPTER 11 FINAL REPORT AND MOTION FOR FINAL DECREE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kelsey Jamie Buechler, Esq.
jamie@kjblawoffice.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Theodore J. Hartl, Esq.
hartlt@ballardspahr.com

Kimberly L. Martinez, Esq.
Kimberly.Martinez@stewart.com

David M. Miller, Esq.
dmiller@spencerfane.com

Andrew B. Reid, Esq.
andrew@reid.law

Thor Rood, Esq.
Thor@SummaLifeSciences.com

John Smiley, Esq.
jsmiley@smileytrustee.com

Timothy M. Swanson, Esq.
tim.swanson@moyewhite.com

Deanna L. Westfall, Esq.
deanna.westfall@coag.gov

Aaron A. Garber, Esq.
agarber@wgwc-law.com

Alison Goldenberg, Esq.
Alison.Goldenberg@usdoj.gov

Carson Heninger, Esq.
Annette W. Jarvis, Esq.
heningerc@gtlaw.com
JarvisA@gtlaw.com

Barry Meinster, Esq.
bmeinster@meinster.com

Peter Q. Murphy, Esq.
pmurphy@markuswilliams.com

Michael C. Payne, Esq.
mpayne@cp2law.com

Simon E. Rodriguez, Esq.
lawyercolo@aol.com

Robertson B. Cohen, Esq.
rcohen@cohenlawyers.com

John C. Smiley, Esq.
jsmiley@sendersmiley.com

Gabrielle G. Palmer, Esq.
gpalmer@OFJlaw.com

                                              s/ Roberta Neal