IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PEAK SERUM, INC. | ) | Case No. 19-19802-JGR |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

### NOTICE OF SERVICE

On February 23, 2024, undersigned caused the following to be served via U.S. Mail, first class postage paid and addressed to:

1) Notice of Chapter 11 Bankruptcy Case (Docket No. 21).

2) Notice of Chapter 7 Bankruptcy Case (Docket No. 535).

3) Notice of Chapter 11 Administrative Claims Bar Date (Docket No. 568).

State of Nevada
Department of Taxation
3850 Arrowhead Drive, 2nd Floor
Carson City, NV 89706

Dated February 23, 2024.

Respectfully submitted,

SHERMAN & HOWARD L.L.C.

/s/ Peter A. Cal
Peter A. Cal, Esq., #27779
675 Fifteenth Street, Suite 2300
Denver, Colorado  80202
Phone:  303 297-2900
Fax:  303 298-0940
E-Mail:    pcal@shermanhoward.com

Attorneys for Simon E. Rodriguez, as the Chapter 7 Trustee

58359718.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2024, I electronically filed the foregoing **NOTICE OF SERVICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Kelsey Jamie Buechler, Esq.<br>jamie@kjblawoffice.com | Aaron A. Garber, Esq.<br>agarber@wgwc-law.com |
| US Trustee<br>USTPRegion19.DV.ECF@usdoj.gov | Alison Goldenberg, Esq.<br>Alison.Goldenberg@usdoj.gov |
| Theodore J. Hartl, Esq.<br>hartlt@ballardspahr.com | Carson Heninger, Esq.<br>Annette W. Jarvis, Esq.<br>heningerc@gtlaw.com<br>JarvisA@gtlaw.com |
| Kimberly L. Martinez, Esq.<br>Kimberly.Martinez@stewart.com | Barry Meinster, Esq.<br>bmeinster@meinster.com |
| David M. Miller, Esq.<br>dmiller@spencerfane.com | Peter Q. Murphy, Esq.<br>pmurphy@markuswilliams.com |
| Andrew B. Reid, Esq.<br>andrew@reid.law | Michael C. Payne, Esq.<br>mpayne@cp2law.com |
| Thor Rood, Esq.<br>Thor@SummaLifeSciences.com | Simon E. Rodriguez, Esq.<br>lawyercolo@aol.com |
| John Smiley, Esq.<br>jsmiley@smileytrustee.com | Robertson B. Cohen, Esq.<br>rcohen@cohenlawyers.com |
| Timothy M. Swanson, Esq.<br>tim.swanson@moyewhite.com | John C. Smiley, Esq.<br>jsmiley@sendersmiley.com |
| Deanna L. Westfall, Esq.<br>deanna.westfall@coag.gov | Gabrielle G. Palmer, Esq.<br>gpalmer@OFJlaw.com |
| Kevin S. Neiman, Esq.<br>kevin@ksnpc.com | Keri L. Riley, Esq.<br>klr@kutnerlaw.com |

s/ Roberta Neal

58359718.1